DATE 7/31/09

BEFORE JUDGE Weinstein    AT 2:00 ~~A.M.~~/P.M.

C/R ~~or ECR~~ C. Schmidt    MAG. _____

## CIVIL CAUSE FOR MOTION HEARING

Docket Number CV04-5021

Title: U.S. Bancorp vs. Abraham Lubashkin
(Pltff.) (Deft.) _____ motion for summary judgment

Appearances: For Pltff. Marie Hofsdal

For Deft. _____

✓ Case called.

___ Counsel for all sides present.

✓ Counsel for deft not present.

✓ Motion argued.    ✓ Motion Granted    ___ Motion Denied.

___ Decision reserved.

✓ Order to be submitted by pltff.

___ Case adjourned to _____ for _____

___ Other